# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-09-00070-CV

Texas Department of Public Safety, Appellant

v.

Walter Lawrence Chabert II, Individually and as Administrator of the Estate of
Walter Lawrence Chabert; and Stefanie Chabert Karnes, Individually, Appellees

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
NO. C-1-CV-08-005227, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Texas Department of Public Safety has filed an agreed motion to dismiss this appeal, indicating that the parties have reached a settlement. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: July 21, 2009